**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELSHEIKH ABDELRAHIM; RANA  ABUSHAMMA; KHALED AL-ZUBAIDI; ENIOLA AJAO; MARIE-ANGE DELIMON; SHAKRE A. ELMANE; SEYED ABDULAZIZ ESMAEILI; MESHKAT FARROKHI; MOHAMMAD-REZA GHOVANLOO; HABIB ALRAHMAN ALNEDARI; OSARODION IGBINOMWANHIA; TANIA JAHANPANAH: AVID KHOUBROYEPAK; SERGIO POLI DE FRIAS; ISSA POUR-GHAZ;  THI THI LWIN; and SAEEDEH MIRBAGHERI, | Case No.: 1:26-cv-11995 |
| Plaintiffs | **MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; MARKWAYNE MULLIN, Secretary, Department of Homeland Security, | |
| Defendants. | |

On May 1, 2026, Plaintiffs filed this underlying action seeking an order from this Court setting aside the United States Citizenship and Immigration Service ("USCIS") policies that preclude the agency from adjudicating Plaintiffs' pending immigration petitions and applications, and directing USCIS to adjudicate the pending petitions without considering Plaintiffs' nationality as a dispositive factor. ECF No. 1. Plaintiffs now move for a preliminary injunction on the basis that each Plaintiff is suffering irreparable harm caused by Defendants' policies and they warrant immediate, injunctive relief.

This relief is warranted. As explained in the attached memorandum of law, courts across the country, including this one, have been holding that USCIS's policies are unlawful and ordering the agency to adjudicate pending petitions and applications. Accordingly, this Court should grant

the motion and direct Defendants to cease applying the unlawful policies to avoid adjudicating Plaintiffs' applications, and to adjudicate each Plaintiff's pending applications without applying the unlawful policies.

### Local Rule 7.1(a)(2) Certification

I, Kerry E. Doyle, certify that pursuant to Local Rule 7.1(a)(2), I have attempted to confer with opposing counsel prior to filing this Motion to resolve or narrow the issues presented herein. Late in the day on May 21, 2026, I emailed AUSA Rayford Farquhar in order to confer pursuant to Local Rule 7.1(a)(2) regarding the filing of the instant Motion for Preliminary Injunction. Due to the urgent nature of this matter, Counsel has filed this Motion before the government has responded to Counsel's inquiry. The government has not yet entered an appearance in this case.

### CERTIFICATE OF SERVICE

The undersigned attorneys certifies that, on this day, they caused the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

Dated: May 21, 2026                                        Respectfully Submitted,

/s/ Kerry E. Doyle
KERRY E. DOYLE                                            JESSICA DAWGERT
Green and Spiegel LLC                                     Ariela Lake Law and Consulting
1524 Delancey St., 4th Floor                             3355 Hudson St., #7098
Philadelphia, PA 19102                                   Denver, CO 80207
(617) 216-1248                                           Tel: (303) 531-6634
kdoyle@gands-us.com                                      Email: jess@allc.law

/s/ Mahsa Khanbabai
MAHSA KHANBABAI                                          SARAH S. WILSON
Khanbabai Immigration Law                                Colombo & Hurd, PL
115 Main Street, Ste 1B                                  301 E. Pine St. #450
Easton, MA 02356                                         Orlando, FL 32801
(508) 297-2065                                           (407) 478-1111
Mahsa@mk-immigration.com                                 swilson@colombohurd.com

2